Daniel O. Jamison, Esq. # 76880
Dowling Aaron Incorporated
8080 N. Palm Avenue, Third Floor
Fresno, CA 93711
559-432-4500 Tel.
559-432-4590 Fax
djamison@dowlingaaron.com

Attorneys for Defendant named as Madera Cleaners & Laundry, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>A.M. BUD KROHN, et al.,<br><br>Defendants. | Case No. CV-12-00449 PSG<br>ORDER GRANTING<br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND TO SCHEDULING ORDER** |

Pursuant to Civil Local Rule 6-1(a)(b), Plaintiff Maxim I Properties, a general partnership, and Defendant named as Madera Cleaners & Laundry, Inc. ("Madera Cleaners") stipulate that Madera Cleaners will have until April 20, 2012 to respond to Plaintiff's Complaint which was filed on January 27, 2012 and served on March 12, 2012, and that the due dates on the case schedule of March 27, 2012 and April 10, 2012[1], are rescheduled for Madera Cleaners to April 20, 2012 in light of this defendant's only recently having been served.

---

[1] Continuance of Case Management Conference to April 24, 2012, automatically extended pre-Case Management Conference ADR and Rule 26 dates to April 3 and April 17, 2012 respectively.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Respectfully Submitted,

Dated: March 27 2012          DOWLING AARON INCORPORATED


By: /s/Daniel O. Jamison
    DANIEL O. JAMISON
    Attorneys for Defendant Madera
    Cleaners & Laundry, Inc.


Dated: March 27, 2012          NIXON PEABODY, LLP


By: /s/Alison B. Torbitt
    ALISON B. TORBITT,
    Attorneys for Plaintiff
    Maxim I Properties, a general partnership

IT IS SO ORDERED:


Dated: March 29, 2012          *Paul S. Grewal*
                               Judge of the District Court

<u>PROOF OF SERVICE</u>

1  
2    I, Helen L. Walton, declare I am over the age of eighteen years and not a party to
3 this action. I am an employee of Dowling Aaron Incorporated, and my business address
4 is 8080 N. Palm Avenue, Third Floor, Fresno, CA 93711.
5    I certify that counsel of record who are deemed to have consented to electronic
6 service are being served on March 27, 2012 with a copy of the following document via
7 the Court's CM/ECF system pursuant to Local Rule 5-5.
8    STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND
9 TO SCHEDULING ORDER

/s/Helen L. Walton  
Helen L. Walton

---

3  
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT