GREGORY P. O'HARA, SBN 131964
gohara@nixonpeabody.com
LISA A. COLE, SBN 184267
lcole@nixonpeabody.com
ALISON B. TORBITT, SBN 271654
atorbitt@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 500
Palo Alto, California 94306-2106
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

ALEXANDER F. STUART, SBN 96141
afs@wsblaw.net
GEORGE W. DOWELL, SBN 234759
gwd@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Plaintiff
MAXIM I PROPERTIES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>A.M. BUD KROHN, ET AL.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 5:12-cv-00449 LHK<br><br>**STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PRINTED CIRCUIT TECHNOLOGY, COUNTRY CLUB CLEANERS, INC, AND ENS TECHNOLOGY, LLC**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br>Judge: Honorable Lucy H. Koh |

1

STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PRINTED CIRCUIT TECHNOLOGY, COUNTRY CLUB CLEANERS, INC, AND ENS TECHNOLOGY, LLC , CASE NO. 5:12-CV-00449 LHK

1  WHEREAS, subsequent to filing of the initial complaint, it has come to Plaintiff's attention that Defendants Printed Circuit Technology, Country Club Cleaners, Inc., and ENS Technology, LLC were incorrectly identified and are not related to the entities listed on the corresponding hazardous waste manifests.

THEREFORE, IT IS HEREBY STIPULATED THAT pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maxim I Properties, Defendant and Cross-claimant Moyer Products, Inc., and the two other Defendants who have appeared in this matter, Telewave, Inc. and Integrated Device Technology, Inc., voluntary dismiss all claims without prejudice brought in this action against the Defendants Printed Circuit Technology, Country Club Cleaners, Inc., and ENS Technology, LLC.

Dated:  May 3, 2012          NIXON PEABODY LLP

                             By _/s/ Alison B. Torbitt_____
                                GREGORY P. O'HARA
                                LISA A. COLE
                                ALISON B. TORBITT
                                Attorneys for Plaintiff,
                                MAXIM I PROPERTIES

Dated:  May 3, 2012          GOLDSBERRY, FREEMAN & GUZMAN LLP

                             By __/s/ Francis Goldsberry II_____
                                FRANCIS GOLDSBERRY II
                                Attorney for Defendant and Cross-Claimant
                                Moyer Products, Inc.

Dated:  May 3, 2012          LATHAM & WATKINS LLP

                             By __/s/ Andrea M. Hogan____
                                KARL S. LYTZ, ESQ.
                                ANDREA M. HOGAN, ESQ.
                                Attorney for Defendant Integrated Device
                                Technology Inc.

-2-
STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PRINTED CIRCUIT TECHNOLOGY, COUNTRY CLUB CLEANERS, INC, AND ENS TECHNOLOGY, LLC, CASE NO. 5:12-CV-00449 LHK

Dated:  May 3, 2012             ABDALAH LAW OFFICES

By   */s/ Miriam H. Wen-Lebron*
MIRIAM H. WEN-LEBRON, ESQ.
RICHARD ABDALAH, ESQ.
Attorney for Defendant
Telewave, Inc.

IT IS SO ORDERED.

Dated:  May 4, 2012

By  *Lucy H. Koh*
Honorable Lucy H. Koh

STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PRINTED CIRCUIT TECHNOLOGY, COUNTRY CLUB CLEANERS, INC, AND ENS TECHNOLOGY, LLC, CASE NO. 5:12-CV-00449 LHK