GREGORY P. O'HARA, SBN 131964
gohara@nixonpeabody.com
LISA A. COLE, SBN 184267
lcole@nixonpeabody.com
ALISON B. TORBITT, SBN 271654
atorbitt@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 500
Palo Alto, California 94306-2106
Telephone:    (650) 320-7700
Facsimile:    (650) 320-7701

ALEXANDER F. STUART, SBN 96141
afs@wsblaw.net
GEORGE W. DOWELL, SBN 234759
gwd@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:    (408) 289-1972
Facsimile:    (408) 295-6375

Attorneys for Plaintiff
MAXIM I PROPERTIES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>A.M. BUD KROHN, ET AL.,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 5:12-cv-00449 LHK<br><br>**STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PRINTED CIRCUIT TECHNOLOGY, COUNTRY CLUB CLEANERS, INC, AND ENS TECHNOLOGY, LLC**<br><br>Date:　　　　TBD<br>Time:　　　　TBD<br>Courtroom:　　TBD<br>Judge:　　　Honorable Lucy H. Koh |

1  WHEREAS, subsequent to filing of the initial complaint, it has come to Plaintiff's attention that Defendants Printed Circuit Technology, Country Club Cleaners, Inc., and ENS Technology, LLC were incorrectly identified and are not related to the entities listed on the corresponding hazardous waste manifests.

THEREFORE, IT IS HEREBY STIPULATED THAT pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maxim I Properties, Defendant and Cross-claimant Moyer Products, Inc., and the two other Defendants who have appeared in this matter, Telewave, Inc. and Integrated Device Technology, Inc., voluntary dismiss all claims without prejudice brought in this action against the Defendants Printed Circuit Technology, Country Club Cleaners, Inc., and ENS Technology, LLC.

Dated:  May 3, 2012        NIXON PEABODY LLP

By  /s/ Alison B. Torbitt
GREGORY P. O'HARA
LISA A. COLE
ALISON B. TORBITT
Attorneys for Plaintiff,
MAXIM I PROPERTIES

Dated:  May 3, 2012        GOLDSBERRY, FREEMAN & GUZMAN LLP

By  /s/ Francis Goldsberry II
FRANCIS GOLDSBERRY II
Attorney for Defendant and Cross-Claimant
Moyer Products, Inc.

Dated:  May 3, 2012        LATHAM & WATKINS LLP

By  /s/ Andrea M. Hogan
KARL S. LYTZ, ESQ.
ANDREA M. HOGAN, ESQ.
Attorney for Defendant Integrated Device
Technology Inc.

Dated: May 3, 2012         ABDALAH LAW OFFICES

By  */s/ Miriam H. Wen-Lebron*
MIRIAM H. WEN-LEBRON, ESQ.
RICHARD ABDALAH, ESQ.
Attorney for Defendant
Telewave, Inc.

IT IS SO ORDERED.

Dated: May 4, 2012

By *Lucy H. Koh*
Honorable Lucy H. Koh

-3-