GREGORY P. O'HARA, SBN 131964
gohara@nixonpeabody.com
LISA A. COLE, SBN 184267
lcole@nixonpeabody.com
ALISON B. TORBITT, SBN 271654
atorbitt@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 500
Palo Alto, California 94306-2106
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

ALEXANDER F. STUART, SBN 96141
afs@wsblaw.net
GEORGE W. DOWELL, SBN 234759
gwd@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Plaintiff
MAXIM I PROPERTIES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>A.M. BUD KROHN, ET AL.,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSS-ACTIONS. | Case No. 5:12-cv-00449 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXCUSING APPEARANCE OF LEAD COUNSEL FOR PLAINTIFF AND CERTAIN DEFENDANTS AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Lucy H. Koh<br><br>Complaint Filed: January 27, 2012<br>CMC Scheduled: July 11, 2012 |

1  WHEREAS, Civil Local Rule 16-10(a) requires the appearance of lead counsel at the Initial Case Management Conference unless excused by the Court;

WHEREAS Plaintiff's lead counsel, Greg O'Hara, is unavailable to personally attend the Initial Case Management Conference scheduled for July 11, 2012 in this matter as required by Civil Local Rule 16-10(a) as he will be in Rochester, New York attending a business meeting that cannot be rescheduled;

WHEREAS, defendants BR&F Spray, Component Finishing, Inc. and Serra Corporation lead counsel, Steven A. Ellenberg, is unavailable to personally attend the Initial Case Management Conference because of previously set expert deposition in a case set for trial on July 23, 2012, which cannot be rescheduled;

WHEREAS, Plaintiff and Counter-Defendant Maxim I Properties ("Maxim") and Defendants and Counter-Claimants Moyer Products, Inc., Telewave, Inc., Integrated Device Technology, Inc., Space Systems/Loral Inc., BR&F Spray, Component Finishing, Inc. and Serra Corporation agree and stipulate that Mr. O'Hara is excused from attendance and his partner Lisa A. Cole will appear at the Initial Case Management Conference on behalf of Plaintiff and Counter-Defendant Maxim and that Steven Ellenberg is excused from attendance and that his colleague Mark V. Boennighausen, who is fully familiar with the matter, will appear instead on his behalf;

IT IS SO STIPULATED.

Dated:  June 19, 2012                         NIXON PEABODY LLP


By  _/s/ Alison B. Torbitt_____
Gregory P. O'Hara
Lisa A. Cole
Alison B. Torbitt
Attorneys for MAXIM I PROPERTIES

-2-

STIPULATION AND [PROPOSED] ORDER EXCUSING
APPEARANCE OF LEAD COUNSEL FOR PLAINTIFF AND
CERTAIN DEFENDANTS AT INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. 5:12-CV-00449 LHK

| | | |
|---|---|---|
| 1 | Dated: June 19, 2012 | GOLDSBERRY, FREEMAN & GUZMAN LLP |
| 2 | | |
| 3 | | By ___/s/ *Francis Goldsberry II*_____ |
| 4 | | Francis Goldsberry II, Esq.<br>Attorneys for MOYER PRODUCTS, INC. |
| 5 | Dated: June 19, 2012 | LATHAM & WATKINS LLP |
| 6 | | |
| 7 | | By ___*/s/ Andrea M. Hogan*_____<br>Karl S. Lytz, Esq. |
| 8 | | Andrea M. Hogan, Esq.<br>Attorneys for INTEGRATED DEVICE |
| 9 | | TECHNOLOGY, INC. |
| 10 | Dated: June 19, 2012 | ABDALAH LAW OFFICES |
| 11 | | By ___*/s/ Richard K. Abdalah*_____ |
| 12 | | RICHARD K. ABDALAH<br>MIRIAM H. WEN-LEBRON |
| 13 | | Attorneys for Defendant<br>TELEWAVE, INC. |
| 14 | | |
| 15 | | |
| 16 | Dated: June 19, 2012 | BARG COFFIN LEWIS & TRAPP, LLP |
| 17 | | By ___*/s/ Marc D. Katz*_____<br>MARC D. KATZ |
| 18 | | Attorneys for Defendant<br>SPACE SYSTEMS/LORAL, INC. |
| 19 | | |
| 20 | Dated: June 19, 2012 | LAW OFFICES OF STEVEN A. ELLENBERG |
| 21 | | By:___*/s/ Steven A. Ellenberg*_____ |
| 22 | | STEVEN A. ELLENBERG<br>Attorneys for Defendants |
| 23 | | BR&F SPRAY, COMPONENT FINISHING, INC. and<br>SERRA CORPORATION |
| 24 | | |
| 25 | | |
| 26 | | -3- |

27  STIPULATION AND [PROPOSED] ORDER EXCUSING APPEARANCE OF LEAD COUNSEL FOR PLAINTIFF AND CERTAIN DEFENDANTS AT INITIAL CASE MANAGEMENT
28  CONFERENCE
CASE NO. 5:12-CV-00449 LHK

1  I, Alison B. Torbitt, am the ECF user whose ID and password are being used to file this document. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: June 19, 2012       By: _/s/ Alison B. Torbitt_____
                                Alison B. Torbitt

IT IS SO ORDERED.

Dated: June 26, 2012

By ____Lucy H. Koh_____
Honorable Lucy H. Koh

14038067.1

-4-
STIPULATION AND [PROPOSED] ORDER EXCUSING APPEARANCE OF LEAD COUNSEL FOR PLAINTIFF AND CERTAIN DEFENDANTS AT INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 5:12-CV-00449 LHK