LATHAM & WATKINS LLP
   Karl S. Lytz (Bar No. 110895)
   Andrea M. Hogan (Bar No. 238209)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
karl.lytz@lw.com
andrea.hogan@lw.com

*Attorneys for Defendant*
*Integrated Device Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>            Plaintiff,<br><br>  vs.<br><br>A.M. BUD KROHN, et al.,<br><br>            Defendants. | Case No.: 5:12-cv-00449-LHK<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:         October 3, 2012<br>Time:        2:00 p.m.<br>Dept:        Courtroom 8, 4th Floor<br><br>Judge:       Hon. Lucy H. Koh<br>Complaint Filed: January 27, 2012<br>Trial Date:  February 21, 2014 |

    Good cause appearing therefore, it is hereby ordered that counsel for Defendant Integrated Device Technology, Inc., may attend telephonically, through CourtCall at the Case Management Conference scheduled in the above-referenced matter on October 3, 2012 at 2:00 p.m.

Dated: September  25 , 2012

*/s/ Lucy H. Koh*
Honorable Lucy H. Koh
Judge of the United States District Court
Northern District of California