Francis M. Goldsberry II, SBN 063737
Francis M. Goldsberry III, SBN 178739
GOLDSBERRY, FREEMAN & GUZMAN LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Tele: (916) 448-0448; Fax: (916) 448-8628
E-MAIL: mac@gfsacto.com
E-MAIL: tripp@gfsacto.com

Attorneys for Defendant and Cross-Claimant
Moyer Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>            Plaintiff,<br><br>     vs.<br><br>A.M. BUD KROHN, ET AL,<br><br>            Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS.<br>_____ | Case No. **5: 12-CV-00449 LHK**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MC&L, INC., BURKE INDUSTRIES, INC. AND GREYHOUND LINES, INC.**<br><br>**Action Filed: January 27, 2012**<br>**Trial Date: February 18, 2014** |

    Cross-Defendant MC&L, Inc., formerly known as and sued herein as Madera Cleaners & Laundry, Inc., has filed a motion for dismissal under Federal Rule of Civil Procedure 12, and Cross-Defendants Burke Industries, Inc. and Greyhound Lines, Inc. have filed joinders to MC&L, Inc.'s motion for dismissal.  Defendant and Cross-Claimant Moyer Products, Inc. has chosen not to litigate the issues raised by MC&L, Inc.'s motion.

    THEREFORE, IT IS HEREBY STIPULATED THAT, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant and Cross-Claimant Moyer Products, Inc.

STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MC&L, INC, BURKE INDUSTRIES, INC., AND GREYHOUD LINES, INC. - Case No.:  5: 12-CV-00449 LHK

1

voluntarily dismisses all claims without prejudice brought in this action against Cross-Defendants MC&L, Inc., formerly known as and sued herein as Madera Cleaners & Laundry, Inc., Burke Industries, Inc. and Greyhound Lines, Inc.  MC&L, Inc.'s pending motion, set for hearing on January 31, 2013, is moot and shall be removed from the Court's calendar.

DATED:  October 19, 2012          GOLDSBERRY, FREEMAN & GUZMAN LLP


By: /s/ Francis M. Goldsberry III_____
    Francis M. Goldsberry III
    Attorneys for Defendant and Cross-Claimant
    MOYER PRODUCTS, INC.

DATED:  October 19, 2012          DOWLING AARON INCORPORATED


By: ___/s/ Daniel Oliver Jamison_____
    DANIEL OLIVER JAMISON
    Attorneys for Cross-Defendant
    MC&L, Inc., formerly known and sued as
    Madera Cleaners & Laundry, Inc.

DATED:  October 19, 2012          CROWELL & MORING LLP


By: ___/s/ M. Kay Martin_____
    M. KAY MARTIN
    THOMAS F. KOEGEL
    Attorneys for Cross-Defendant
    Greyhound Lines, Inc.

DATED: October 19, 2012          DUANE MORRIS LLP


By: __/s/ Jess Raymond Booth_____
    JESS RAYMOND BOOTH
    Attorneys for Cross-Defendant
    Burke Industries, Inc.

STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MC&L, INC, BURKE INDUSTRIES, INC., AND GREYHOUD LINES, INC. - Case No.:  5: 12-CV-00449 LHK

2

IT IS SO ORDERED:

DATED: October 22, 2012

By: *Lucy H. Koh*
Honorable Lucy H. Koh

STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MC&L, INC, BURKE INDUSTRIES, INC., AND GREYHOUD LINES, INC. - Case No.:  5: 12-CV-00449 LHK

3