UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM I PROPERTIES, ) | Case No.: 12-CV-00449-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER REFERRING CASE TO |
| A.M. BUD KROHN, et al., ) | MAGISTRATE JUDGE GREWAL |
| ) | |
| Defendants. ) | |
| ) | |

Based on the written consent of all parties, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the above-captioned matter is hereby referred to Magistrate Judge Paul S. Grewal. Magistrate Judge Grewal shall conduct any and all further proceedings, including a jury or bench trial, and shall order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: October 23, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00449-LHK
ORDER REFERRING CASE TO MAGISTRATE JUDGE GREWAL