**LEWIS BRISBOIS BISGAARD & SMITH** LLP
GLENN FRIEDMAN, SB# 104442
  E-Mail: friedman@lbbslaw.com
ROBERT FARRELL, SB# 107461
  E-Mail: farrell@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>A.M. BUD KROHN, et al,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | CASE NO.  5:12-cv-00449 PSG<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE BY DEFENDANT THE SHERWIN-WILLIAMS COMPANY; [PROPOSED] ORDER**<br><br>Judge:  Hon. Paul Singh Grewal<br>Date:   November 6, 2012<br>Time:   2:00 p.m.<br>Crtrm.:  5<br><br>Action Filed: January 27, 2012<br>Trial Date:: February 17, 2014 |

Pursuant to United States District Court for the Northern District of California Local Rule 16-10(a), Defendant SHERWIN-WILLIAMS COMPANY ("Sherwin-Williams"), which has not yet filed an appearance in this action, hereby requests that the Court authorize counsel for Sherwin-Williams to participate telephonically in the Case Management Conference scheduled in this action on November 6, 2012 at 2:00 p.m. in Courtroom 5 before Magistrate Judge Paul Singh Grewal.  Sherwin-Williams makes this request on grounds that the office of counsel for Sherwin-Williams is located in San Francisco and requiring counsel to personally appear at the Case Management Conference in San Jose will cause Sherwin-Williams to incur additional and

1  potentially unnecessary legal fees and costs. In the interests of justice and judicial economy,
2  Sherwin-Williams therefore requests that the Court authorize counsel for Sherwin-Williams to
3  participate telephonically in the scheduled Case Management Conference.

4

5  DATED: October 30, 2012              LEWIS BRISBOIS BISGAARD & SMITH LLP

6
7                                        By: _____
8                                            Robert Farrell
                                             Attorneys for Defendant
9                                            THE SHERWIN-WILLIAMS COMPANY

10  *

11                                       **ORDER**

12  The Court having considered this matter and good cause appearing hereby orders that
13  counsel for Defendant SHERWIN-WILLIAMS COMPANY may appear at the Case Management
14  Conference scheduled in this action on November 6, 2012 at 2:00 p.m. in Department 5
15  telephonically through CourtCall.

16
17  IT IS SO ORDERED

    DATED: ~~October xxxx~~, 2012
18        November 2,

19                                       By: _____
                                             The Honorable Paul Singh Grewal
20                                           Magistrate Judge of the United States District
                                             Court Northern District of California