1  JOSHUA A. BLOOM (State Bar No. 183358) (jab@bcltlaw.com)
   DAVINA PUJARI (State Bar No. 183407) (dp@bcltlaw.com)
2  MARC D. KATZ (State Bar No. 189534) (mdk@bcltlaw.com)
   BARG COFFIN LEWIS & TRAPP, LLP
3  350 California Street, 22nd Floor
   San Francisco, California 94104-1435
4  Telephone:  (415) 228-5400
   Fax:  (415) 228-5450
5
   Attorneys for Defendant
6  INTEGRATED DEVICE TECHNOLOGY, INC.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MAXIM I PROPERTIES, a general          Case No. CV 12-00449 PSG
    partnership,
12                                          NOTICE AND [PROPOSED] ORDER
              Plaintiff,                    RE: SUBSTITUTION OF COUNSEL
13                                          FOR DEFENDANT INTEGRATED
        v.                                  DEVICE TECHNOLOGY, INC.
14
    A.M. BUD KROHN, et al.,
15
              Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE AND [PROPOSED] ORDER] RE: SUBSTITUTION OF COUNSEL FOR INTEGRATED DEVICE TECHNOLOGIES, INC.      1
*Maxim I Properties v. A.M. Bud Krohn, et al.; U.S.D.C Case No. Civ. CV 12-00449 PSG*

1070785.1

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

1   TO THE COURT AND ALL COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(E) and Civil L.R. 11-5,

3   Defendant Integrated Device Technology, Inc., hereby agrees to substitute the law firm of BARG

4   COFFIN LEWIS & TRAPP, LLP, 350 California Street, 22d Floor, San Francisco, California

5   94104-1435, in the place and stead of LATHAM & WATKINS LLP, located at 505 Montgomery

6   Street, Suite 2000, San Francisco, California  94111-6538.  Lawyers for BARG COFFIN LEWIS

7   & TRAPP have already filed an Appearance in this matter for former defendant Space

8   Systems/Loral (Doc. 25).

9        This Substitution may be signed in counterparts.

10  I consent to this substitution.          INTEGRATED DEVICE TECHNOLOGY, INC.

11

12  Dated: November 13, 2012            By:
                                        Its:  Director, Employment Law
13

14  I consent to this substitution.          LATHAM & WATKINS LLP

15

16  Dated: November 12, 2012
                                        ANDREA HOGAN
17

18  I accept this substitution.              BARG COFFIN LEWIS & TRAPP, LLP

19

20  Dated: November 13, 2012
                                        MARC D. KATZ
21

22  IT IS SO ORDERED:

23

24  Dated: November 15, 2012

25                                      MAGISTRATE JUDGE PAUL S. GREWAL

26

27

28

NOTICE AND [PROPOSED ORDER] RE: SUBSTITUTION OF COUNSEL FOR INTEGRATED DEVICE TECHNOLOGIES, INC
Maxim I Properties v. A.M. Bud Krohn, et al.; U.S.D.C Case No. Civ. CV 12-00449 PSG