JOSHUA A. BLOOM (State Bar No. 183358) (jab@bcltlaw.com)
DAVINA PUJARI (State Bar No. 183407) (dp@bcltlaw.com)
MARC D. KATZ (State Bar No. 189534) (mdk@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

Attorneys for Defendant
INTEGRATED DEVICE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.M. BUD KROHN, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-00449 PSG<br><br>**NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR DEFENDANT INTEGRATED DEVICE TECHNOLOGY, INC.** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(E) and Civil L.R. 11-5, Defendant Integrated Device Technology, Inc., hereby agrees to substitute the law firm of BARG COFFIN LEWIS & TRAPP, LLP, 350 California Street, 22d Floor, San Francisco, California 94104-1435, in the place and stead of LATHAM & WATKINS LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, California 94111-6538. Lawyers for BARG COFFIN LEWIS & TRAPP have already filed an Appearance in this matter for former defendant Space Systems/Loral (Doc. 25).

This Substitution may be signed in counterparts.

I consent to this substitution.    INTEGRATED DEVICE TECHNOLOGY, INC.

Dated: November 13, 2012    By: [signature]
                            Its: Director, Employment Law

I consent to this substitution.    LATHAM & WATKINS LLP

Dated: November 12, 2012    [signature]
                            ANDREA HOGAN

I accept this substitution.    BARG COFFIN LEWIS & TRAPP, LLP

Dated: November 13, 2012    [signature]
                            MARC D. KATZ

IT IS SO ORDERED:

Dated: November 15, 2012    [signature]
                            MAGISTRATE JUDGE PAUL S. GREWAL