SOMACH SIMMONS & DUNN
A Professional Corporation
FRANCIS M. GOLDSBERRY II (SBN 063737)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:   (916) 446-7979
Facsimile:    (916) 446-8199
Email:  mgoldsberry@somachlaw.com

Attorneys for Defendant and Cross-Claimant
MOYER PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>　　　　　Plaintiff,<br>v.<br><br>A.M. BUD KROHN, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 4:12-CV-00449 DMR<br><br>**AMENDED JOINT STATUS REPORT**<br><br>Judge:   Honorable Donna M. Ryu<br><br>Action Filed: January 27, 2012 |

The parties submit the following Amended Joint Status Report pursuant to this Court's Order staying this action, dated February 21, 2013, as modified on January 20, 2021:

**REMEDIATION PLAN APPROVAL**

The California Department of Toxic Substances Control (DTSC) has continued to request revisions to the Corrective Measures Study (CMS) report from Roux Associates (Roux). Roux will respond to DTSC's latest revision request on September 23, 2022. Roux reports that it now anticipates that DTSC will release the CMS for public comment within the next two to three months.

# MOTION FOR ORDER APPROVING SETTLEMENT AND DETERMINING GOOD FAITH SETTLEMENT

Plaintiff Maxim I Properties and Defendant and Cross-Complainant Moyer Products, Inc. jointly moved this Court for an order approving their settlement agreement and a determination that it was entered into in good faith. That motion was fully briefed, argued, and submitted by all parties to this Court for a decision on May 12, 2022. The motion remains under submission.

SOMACH SIMMONS & DUNN
A Professional Corporation

DATED: September 22, 2022     By:  /s/ Francis M. Goldsberry
                                   FRANCIS M. GOLDSBERRY II

Attorneys for MOYER PRODUCTS, INC.


NIXON PEABODY LLP

DATED: September 21, 2022     By:  /s/ Gregory P. O'Hara
                                   GREGORY P. O'HARA
                                   ALISON B. TORBITT

Attorneys for MAXIM I PROPERTIES


BERKES CRANE ROBINSON & SEAL LLP

DATED: September 22, 2022     By:  /s/ Laurie S. Julien
                                   LAURIE S. JULIEN

Attorneys for CENTRAL COATING CO. INC.


BURNHAM BROWN

DATED:                        By:  _____
                                   CHARLES ALFONZO

Attorneys for A.M. BUD KROHN NATIONAL AUTO RECOVERY BUREAU, INC.

|   |   |
|---|---|
|   | SILICON VALLEY LAW GROUP |
| DATED: September 21, 2022 | By: /s/ Kathryn Barrett<br>KATHRYN BARRETT |
|   | Attorneys for TELEWAVE, INC., & THERMIONICS LABORATORY, INC. |
|   | PAHL & McCAY |
| DATED: | By:<br>SERVANDO R. SANDOVAL |
|   | Attorneys for SPRAYTRONICS, INC. |
|   | LEWIS, BRISBOIS BISGAARD & SMITH |
| DATED: September 21, 2022 | By: /s/ Robert Farrell<br>GLENN FRIEDMAN<br>ROBERT FARRELL |
|   | Attorneys for THE SHERWIN-WILLIAMS CO. |
|   | ENVIRONMENTAL GENERAL COUNSEL, LLP |
| DATED: September 21, 2022 | By: /s/ Joshua A. Bloom<br>JOSHUA A. BLOOM |
|   | Attorneys for INTEGRATED DEVICE TECHNOLOGY, INC. (RENESAS) |

SOMACH SIMMONS & DUNN
A Professional Corporation

**GENERAL ORDER 45 CERTIFICATION**

I, Francis M. Goldsberry II, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 22, 2022

SOMACH SIMMONS & DUNN
A Professional Corporation

By: ___/s/ Francis M. Goldsberry II_____
       Francis M. Goldsberry II
Attorneys for MOYER PRODUCTS, INC.

**CERTIFICATE OF SERVICE**
*Maxim I Properties v. Krohn, et al.*
United States District Court – Northern District of California
Case No. 4:12-cv-00449-DMR

    I am a citizen of the United States and am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 500 Capitol Mall, Suite 1000, Sacramento, California 95814. I am familiar with the business practices of the law firm of Somach Simmons & Dunn for collecting and processing mail and know that the mail in said offices is collected and processed on the same date as indicated below. I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

    I hereby certify that on September 22, 2022, I electronically transmitted the foregoing **AMENDED JOINT STATUS REPORT** to the Clerk of the Court using the CM/ECF System for filing, which will generate and transmit a notice of electric filing to the following CM/ECF registrants:

Alexander Friedland Stuart:  astuart@murphyaustin.com, jwilhelm@murphyaustin.com, marsha@wsbclawyers.com, mnovack@murphyaustin.com

Beth Koh:  bkoh@baylawgroupllp.com

Brandt Andersson:  brandtand@aol.com

Charles Anthony Alfonzo:  calfonzo@burnhambrown.com, ewong@burnhambrown.com

Eric R. Haas:  ehaas@burnhambrown.com, dwatson@burnhambrown.com

Francis Malcolm Goldsberry II:  mgoldsberry@somachlaw.com, jestabrook@somachlaw.com, pmacpherson@somachlaw.com

George Washington Dowell IV:  gwd@wsblaw.net, dal@wsblaw.net

Glenn A. Friedman:  glenn.friedman@lewisbrisbois.com, paul.desrochers@lewisbrisbois.com, robert.farrell@lewisbrisbois.com, terri.groshong@lewisbrisbois.com

Gregory Paul O'Hara:  gohara@nixonpeabody.com, jcaruso@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Joshua A. Bloom:  jbloom@baylawgroupllp.com, csauceda@meyersnave.com

Kathryn E. Barrett:  keb@svlg.com, amt@svlg.com, caf@svlg.com, edn@svlg.com

Kimberly Chew:  kimberly.chew@dentons.com, agranger@burnhambrown.com, ahokafonu@burnhambrown.com

Lauren Marian Michals:  lmichals@nixonpeabody.com, dverduga@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com

Laurie Susan Julien:  ljulien@bcsslaw.com, bbranconier@bcsslaw.com, mjonesgill@bcsslaw.com

Louinda Vosloo Lacey: llacey@kwgattorneys.com, dbrazell@kwgattorneys.com, jwise@kwgattorneys.com

Robert William Kenneth Farrell: Robert.Farrell@lewisbrisbois.com, ollye.robinson@lewisbrisbois.com, terri.groshong@lewisbrisbois.com

Servando R. Sandoval: ssandoval@pahl-mccay.com, echavarria@pahl-mccay.com, estephenson@pahl-mccay.com

Steven A. Ellenberg: sellenberg@hopkinscarley.com, fparedes@hopkinscarley.com, peter@ellenberghull.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 22, 2022 at Sacramento, California.

                                    /s/ Jennifer Estabrook