| | |
|---|---|
| 1 | GREGORY P. O'HARA, SBN 131964 |
| | gohara@nixonpeabody.com |
| 2 | LAUREN M. MICHALS, SBN 184473 |
| | lmichals@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
| | One Embarcadero Center, 32nd Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone No. (415) 984-8200 |
| 5 | Facsimile No. (415) 984-8300 |

Attorneys for Plaintiff
MAXIM I PROPERTIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>A.M. BUD KROHN, *et al*.,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 4:12-cv-00449 DMR<br><br>**JOINT STIPULATION AND REQUEST FOR ADR VIA SETTLEMENT CONFERENCE AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)**<br><br><br>Judge: Magistrate Judge Donna M. Ryu |

　　　　This Joint Request for Alternative Dispute Resolution via Settlement Conference, and request to continue the scheduled further case management conference, is submitted on behalf of all parties remaining in this litigation, pursuant to ADR Local Rule (L.R.). 7-1.

JOINT STIPULATION AND REQUEST FOR ADR VIA SETTLEMENT CONFERENCE AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED) Case No. 4:12-cv-00449 DMR

4869-6598-0534.2
460280-000002

WHEREAS, the undersigned parties, which are the remaining parties in this case, have been engaged in productive settlement discussions and believe further, more structured dispute resolution processes will further settlement;

WHEREAS, the undesigned parties have met and conferred, pursuant to ADR L.R. 3-5, on an appropriate ADR procedure and are in agreement that a settlement conference before a judicial officer of this court is appropriate and would be beneficial at this time;

WHEREAS, the undersigned parties are available for a settlement conference on September 13, 14 or 15, 2023;

WHEREAS, a case management conference is currently scheduled for this case for August 30, 2023, at 1:30 p.m.;

WHEREAS, the parties are in agreement that the requested settlement conference should take place prior to the next case management conference so that any unresolved and/or outstanding issue resulting from the settlement conference can be addressed at a case management conference;

NOW THEREFOR, the parties hereby stipulate and jointly request:

1) That all parties be ordered to a mandatory settlement conference before a judicial officer of this court, preferably to take place on either September 13, 14 or 15, 2023;

2) That the further case management conference currently scheduled for August 30, 2023, be continued to a date after the completion of the settlement conference.

IS IT SO STIPULATED AND REQUESTED.

Date:  August 11, 2023                                      NIXON PEABODY LLP

                                                            By:  /s/ Gregory P. O'Hara
                                                                 Gregory P. O'Hara
                                                                 Lauren M. Michals
                                                                 Attorneys for Plaintiff
                                                                 MAXIM I PROPERTIES

| | | |
|---|---|---|
| 1 | Dated: August 11, 2023 | SOMACH SIMMONS & DUNN |
| 2 | | |
| 3 | | By: */s/ Theresa C. Barfield* |
| 4 | | Theresa C. Barfield<br>Attorneys for Defendant and Cross-Claimant<br>MOYER PRODUCTS, INC. |
| 5 | | |
| 6 | Dated: August 11, 2023 | BAY LAW GROUP, LLP |
| 7 | | |
| 8 | | By: */s/ Joshua A. Bloom* |
| 9 | | Joshua A. Bloom<br>Attorneys for Third Party Defendant and Cross-Claimant |
| 10 | | RENESAS ELECTRONICS AMERICA INC. (FKA INTEGRATED DEVICE TECHNOLOGY, INC.) |
| 11 | | |
| 12 | Dated: August 11, 2023 | BERKES CRANE SANTANA & SPANGLER LLP |
| 13 | | |
| 14 | | |
| 15 | | By: */s/ Laurie S. Julien*<br>Laurie S. Julien |
| 16 | | Viiu Spangler Khare<br>Attorneys for Defendant |
| 17 | | CENTRAL COATING COMPANY, INC. |
| 18 | Dated: August 11, 2023 | SILICON VALLEY LAW GROUP |
| 19 | | |
| 20 | | By: */s/ Kathryn E. Barrett*<br>Jeffrey Scott Lawson |
| 21 | | Kathryn E. Barrett<br>Attorneys for Defendants |
| 22 | | TELEWAVE, INC., and<br>THERMIONICS LABORATORY, INC. |

3

JOINT STIPULATION AND REQUEST FOR ADR VIA SETTLEMENT CONFERENCE AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED) Case No. 4:12-cv-00449 DMR

4869-6598-0534.2
460280-000002

Dated: August 11, 2023                           LEWIS, BRISBOIS, BISGAARD & SMITH

                                                 By: */s/ Robert W. Farrell*
                                                     Glenn A. Friedman
                                                     Robert W. Farrell
                                                     Attorneys for Defendant
                                                     THE SHERWIN-WILLIAMS COMPANY

Dated: August 11, 2023                           BURNHAM BROWN

                                                 By: */s/ Charles Alfonzo*
                                                     Charles Alfonzo
                                                     Attorneys for Defendant
                                                     A.M. BUD KROHN and NATIONAL
                                                     AUTO RECOVERY BUREAU, INC.

Dated: August 11, 2023                           PAHL & McCAY

                                                 By: */s/ Servando R. Sandoval*
                                                     Servando R. Sandoval
                                                     Attorneys for Defendant
                                                     SPRAYTRONICS, INC.

//

//

//

//

//

//

//

4

JOINT STIPULATION AND REQUEST FOR ADR VIA SETTLEMENT CONFERENCE AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED) Case No. 4:12-cv-00449 DMR

4869-6598-0534.2
460280-000002

1  I, Lauren M. Michals, attest under penalty of perjury that I have obtained permission of the
2  above named counsel to affix their signatures hereto.

Dated: August 11, 2023                              NIXON PEABODY LLP

                                                    By:   */s/ Lauren M. Michals*
                                                          Lauren M. Michals
                                                          lmichals@nixonpeabody.com
                                                          Attorneys for Plaintiff
                                                          MAXIM I PROPERTIES

5
JOINT STIPULATION AND REQUEST FOR ADR VIA SETTLEMENT CONFERENCE AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED) Case No. 4:12-cv-00449 DMR

4869-6598-0534.2
460280-000002

**ORDER (AS MODIFIED)**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HERE BY ORDER THAT:

1. This case is referred to a randomly-assigned Magistrate Judge to conduct a Settlement Conference which shall be completed within 90 days, or as soon thereafter as is convenient to the assigned Magistrate Judge's calendar.

2. The further case management conference currently scheduled for August 30, 2023 at 1:30 p.m. is vacated and continued to December 20, 2023 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file an updated joint case management conference statement by December 13, 2023. All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

**IT IS SO ORDERED AS MODIFIED.**

**DATED:** August 18, 2023

By: 
DONNA M. RYU
Chief Magistrate Judge

JOINT STIPULATION AND REQUEST FOR ADR VIA SETTLEMENT CONFERENCE AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED) Case No. 4:12-cv-00449 DMR

4869-6598-0534.2
460280-000002