SOMACH SIMMONS & DUNN
A Professional Corporation
THERESA C. BARFIELD (SBN 185568)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:   (916) 446-7979
Facsimile:   (916) 446-8199
Email:  tbarfield@somachlaw.com

Attorneys for Defendant and Cross-Claimant
MOYER PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>            Plaintiff,<br><br>     v.<br><br>A.M. BUD KROHN, et al.,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 4:12-CV-00449 DMR<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; ORDER (AS MODIFIED)**<br><br>Judge:           Honorable Donna M. Ryu<br>Action Filed:  January 27, 2012 |

This Joint Stipulation and Request for Continuance of the scheduled Case Management Conference is submitted on behalf of all parties remaining in this litigation as a result of ongoing settlement negotiations held pursuant to ADR Local Rule 7-1, under the direction of Magistrate Judge Cisneros.

WHEREAS, pursuant to this Court's order of December 5, 2023 (Doc. 351) granting the Joint Stipulation and Request for Continuance of Case Management Conference and Related Deadlines (Order), the Court set a date of March 6, 2024, at 1:30 p.m. for a continued Case Management Conference; and

WHEREAS, said Order also set a deadline of February 28, 2024 for the parties to file a joint Case Management Conference Statement; and

1   WHEREAS, by minute order dated January 18, 2024 (Doc. 352) a telephonic status conference was scheduled with Magistrate Judge Cisneros for February 15, 2024 at 1:00 p.m. for the parties to provide Magistrate Judge Cisneros a progress update regarding resolution of the case.  The parties appeared at the February 15, 2024 telephonic status conference and advised Magistrate Judge Cisneros of the following:  The parties' settlement negotiations are ongoing and, to that end, the parties have been in communication with the California Department of Toxic Substances Control (DTSC) in furtherance of ongoing settlement efforts, and additional meetings and communications with DTSC are necessary.  Accordingly, by minute order dated February 15, 2024 (Doc. 353) a further telephonic settlement status conference has been scheduled for March 28, 2024, at 1:00 p.m. with Magistrate Judge Cisneros.

WHEREAS, as a result of the need for additional meetings and communications with DTSC, and in recognition of the March 28, 2024 conference with Magistrate Judge Cisneros, the parties agree and request that the currently scheduled Case Management Conference be continued to a date between April 15 – April 26, 2024, or after June 6, 2024, subject to the Court's availability.  The parties further agree and request that the current deadline to file a joint Case Management Conference Statement be continued to a date consistent with the new Case Management Conference.

NOW, THEREFORE, the parties hereby stipulate and jointly request that:

1.   The Case Management Conference currently scheduled on March 6, 2024, be continued to a date convenient for the Court between April 15 – April 26, 2024, or after June 6, 2024; and

///

///

///

1  2. The date for submission and filing of a joint Case Management Conference
2  Statement be continued to an appropriate date prior to the date of the continued Case
3  Management Conference.

4  DATED: February 22, 2024    SOMACH SIMMONS & DUNN
                               A Professional Corporation
5
6                              By:   /s/ *Theresa C. Barfield*
                                     THERESA C. BARFIELD
7                                    Attorneys for MOYER PRODUCTS, INC.

8  DATED: February 22, 2024    NIXON PEABODY LLP

9                              By:   /s/ *Theresa C. Barfield* (for Gregory O'Hara)
                                     GREGORY P. O'HARA
10                                   Attorneys for MAXIM I PROPERTIES

11 DATED: February 22, 2024    BERKES CRANE SANTANA & SPANGLER LLP
12
                               By:   /s/ *Theresa C. Barfield* (for Laurie Julien)
13                                   LAURIE S. JULIEN
                                     Attorneys for CENTRAL COATING COMPANY,
14                                   INC.

15 DATED: February 23, 2024    BURNHAM BROWN
16
                               By:   /s/ *Theresa C. Barfield* (for Charles Alfonzo)
17                                   CHARLES ALFONZO
                                     Attorneys for A.M. BUD KROHN and
18                                   NATIONAL AUTO RECOVERY BUREAU, INC.

19 DATED: February 22, 2024    SILICON VALLEY LAW GROUP

20                             By:   /s/ *Theresa C. Barfield* (for Kathryn Barrett)
                                     KATHRYN E. BARRETT
21                                   Attorneys for TELEWAVE, INC. and
                                     THERMIONICS LABORATORY, INC.
22
23 DATED: February 23, 2024    SPENCER FANE LLP

                               By:   /s/ *Theresa C. Barfield* (for Servando Sandoval)
24                                   SERVANDO SANDOVAL
                                     Attorneys for SPRAYTRONICS, INC.
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: February 22, 2024 | LEWIS BRISBOIS BISGAARD & SMITH |
| 2 | | By: /s/ *Theresa C. Barfield* (for Robert Farrell) |
| 3 | | GLENN FRIEDMAN |
| | | ROBERT FARRELL |
| 4 | | Attorneys for THE SHERWIN-WILLIAMS COMPANY |
| 5 | DATED: February 22, 2024 | BAY LAW GROUP LLP |
| 6 | | |
| 7 | | By: /s/ *Theresa C. Barfield* (for Joshua Bloom) |
| | | JOSHUA A. BLOOM |
| 8 | | Attorneys for RENESAS ELECTRONIC AMERICA, INC. |

**GENERAL ORDER 45 CERTIFICATION**

I, Theresa C. Barfield, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto, with the person approving the stipulation and consenting to the signing thereof noted on each signature line.

DATED: February 23, 2024

SOMACH SIMMONS & DUNN
A Professional Corporation

By:  /s/ *Theresa C. Barfield*
    Theresa C. Barfield
    Attorneys for MOYER PRODUCTS, INC.

| | |
|---|---|
| 1 | **ORDER (AS MODIFIED)** |
| 2 | PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT |
| 3 | IS HEREBY ORDERED THAT: |
| 4 | 1. The Further Case Management Conference scheduled for March 6, 2024, at 1:30 |
| 5 | p.m. is hereby continued to April 17, 2024, at 1:30 p.m. in Oakland, - Videoconference Only |
| 6 | before Chief Magistrate Judge Donna M. Ryu. All counsel and parties may access the webinar |
| 7 | information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/. |
| 8 | 2. The Joint Case Management Conference Statement due by February 28, 2024, is |
| 9 | hereby continued to April 10, 2024. |

IT IS SO ORDERED AS MODIFIED.

DATED: February 23, 2024



_____
Chief Magistrate Judge Donna Ryu

**CERTIFICATE OF SERVICE**
*Maxim I Properties v. Krohn, et al.*
United States District Court – Northern District of California
Case No. 4:12-cv-00449-DMR

      I am a citizen of the United States and am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 500 Capitol Mall, Suite 1000, Sacramento, California 95814. I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

 XX   [Electronic Transmission] I hereby certify that on the date identified below, I electronically transmitted the foregoing **JOINT STIPULATION AND REQUEST FOR ADDITIONAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** to the Clerk of the Court using the CM/ECF System for filing, which will generate and transmit a notice of electric filing to the CM/ECF registrants identified on the attached Service List:

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on February 23, 2024 at Sacramento, California.

                                                    /s/ *Jennifer Estabrook*
                                                    Jennifer Estabrook

# SERVICE LIST

| COUNSEL | PARTIES |
|---|---|
| **Charles Anthony Alfonzo**<br>**Eric R. Haas**<br>Burnham Brown<br>1901 Harrison Street, 11th Floor<br>P.O. Box 119<br>Oakland, CA 94612<br>Telephone: (510) 444-6800<br>Email: calfonzo@burnhambrown.com<br>　　　ewong@burnhambrown.com<br>　　　ehaas@burnhambrown.com<br>　　　dwatson@burnhambrown.com<br><br>**Kimberly Chew**<br>Dentons US LLP<br>One Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 267-4000<br>Email: kimberly.chew@dentons.com<br>　　　agranger@burnhambrown.com<br>　　　ahokafonu@burnhambrown.com | *Attorneys for Cross-Defendants*<br>A.M. BUD KROHN and NATIONAL AUTO RECOVERY BUREAU, INC. |
| **Kathryn E. Barrett**<br>**Jeffrey Scott Lawson**<br>Silicon Valley Law Group<br>One North Market Street, Suite 200<br>San Jose, CA 95113<br>Telephone: (408) 573-5700<br>Email　keb@svlg.com<br>　　　jsl@svlg.com<br>　　　amt@svlg.com<br>　　　caf@svlg.com<br>　　　edn@svlg.com | *Attorneys for Cross-Defendants*<br>TELEWAVE, INC. and THERMIONICS LABORATORY, INC. |
| **Joshua A. Bloom** Bay Law Group LLP<br>P.O. Box 8554<br>Berkeley, CA 94707<br>Telephone: (510) 495-0418<br>Email: jbloom@baylawgroupllp.com<br>　　　csauceda@meyersnave.com<br>**Beth Koh**<br>Bay Law Group LLP<br>2001 Addison Street, Suite 300<br>Berkeley, CA 94704<br>Telephone: (510) 496-4416<br>Email: bkoh@baylawgroupllp.com | *Attorneys for Cross-Defendant/Counter-Claimant*<br>RENESAS ELECTRONIC AMERICA, INC. |
| **Gregory Paul O'Hara**<br>**Lauren Marian Michals** | *Attorneys for Plaintiff/Counter-Defendant*<br>MAXIM I PROPERTIES |

SOMACH SIMMONS & DUNN
A Professional Corporation

| COUNSEL | PARTIES |
|---|---|
| Nixon Peabody LLP<br>One Embarcadero Center<br>Suite 3200/32nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8261<br>Email: gohara@nixonpeabody.com<br>lmichals@nixonpeabody.com<br>jcaruso@nixonpeabody.com<br>verduga@nixonpeabody.com<br>sf.managing.clerk@nixonpeabody.com<br><br>**George Washington Dowell, IV**<br>Willoughby Stuart & Bening Inc.<br>50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113<br>Telephone: (408) 289-1972<br>Email: gwd@wsblaw.net<br>dal@wsblaw.net<br><br>**Alexander Friedland Stuart**<br>Murphy Austin Adams Schoenfeld<br>1901 S. Bascom Avenue, Suite 1440<br>Campbell, CA 95008<br>Telephone: (408) 289-1972<br>Email: astuart@murphyaustin.com<br>jwilhelm@murphyaustin.com<br>marsha@wsbclawyers.com<br>mnovack@murphyaustin.com | |
| **Robert William Kenneth Farrell**<br>**Glenn A. Friedman**<br>Lewis Brisbois Bisgaard & Smith LLP<br>45 Fremont Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 362-2580<br>Email: Robert.Farrell@lewisbrisbois.com<br>glenn.friedman@lewisbrisbois.com<br>ollye.robinson@lewisbrisbois.com<br>terri.groshong@lewisbrisbois.com | *Attorneys for Cross-Defendant*<br>THE SHERWIN-WILLIAMS COMPANY |

| COUNSEL | PARTIES |
|---|---|
| **Laurie Susan Julien**<br>**Viiu Spangler Khare**<br>Berkes Crane Santana & Spangler LLP<br>515 S. Figueroa Street, Suite 1500<br>Los Angeles, CA 90071<br>Telephone: (213) 955-1150<br>Email: ljulien@bcsslaw.com<br>vspangler@bcsslaw.com<br>bbranconier@bcsslaw.com<br>mjonesgill@bcsslaw.com<br><br>**Leith Bryant Hansen**<br>Jacobson, Hansen, Najarian & McQuillan<br>1690 West Shaw Avenue, Suite 201<br>Fresno, CA 93711<br>Telephone: (559) 448-0400<br>Email: lbh@jhnmlaw.com<br><br>**Probal Gerard Young**<br>Archer Norris<br>Attorneys at Law<br>2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596<br>Telephone: (925) 930-6600<br>Email: Pyoung@archernorris.com | *Attorneys for Cross-Defendant*<br>CENTRAL COATING COMPANY, INC. |
| **Servando Sandoval**<br>Spencer Fane LLP<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113<br>Telephone: (408) 286-5100<br>Email: ssandoval@spencerfane.com<br>echavarria@spencerfane.com<br>ejstephenson@spencerfane.com | *Attorneys for Cross-Defendants*<br>SPRAYTRONICS |

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CMC AND RELATED DEADLINES; [PROPOSED] ORDER -10-