SOMACH SIMMONS & DUNN
A Professional Corporation
THERESA C. BARFIELD (SBN 185568)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199
Email: tbarfield@somachlaw.com

Attorneys for Defendant and Cross-Claimant
MOYER PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM I PROPERTIES, a general partnership,<br><br>        Plaintiff,<br><br>v.<br><br>A.M. BUD KROHN, et al.,<br><br>        Defendants. | CASE NO. 4:12-CV-00449 DMR<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; ORDER (AS MODIFIED)** |
| AND RELATED CROSS-ACTIONS. | Judge:         Honorable Donna M. Ryu<br>Action Filed:  January 27, 2012 |

This Joint Stipulation and Request for Continuance of the scheduled Case Management Conference is submitted on behalf of all parties remaining in this litigation as a result of ongoing settlement negotiations held pursuant to ADR Local Rule 7-1, under the direction of Magistrate Judge Cisneros.

WHEREAS, pursuant to this Court's order of February 23, 2024 (Doc. 354) granting the Order (as modified) on the Joint Stipulation and Request for Continuance of Case Management Conference and Related Deadlines, the Court set a date of April 17, 2024, at 1:30 p.m. for a continued Case Management Videoconference; and

WHEREAS, said Order (as modified) also set a deadline of April 10, 2024 for the parties to file a Joint Case Management Conference Statement; and

1  WHEREAS, by minute order dated February 15, 2024 (Doc. 3553), a telephonic status conference was scheduled with Magistrate Judge Cisneros on March 28, 2024 at 1:00 p.m. for the parties to provide Judge Cisneros a progress update regarding resolution of the case.  The parties appeared at the March 28 telephonic status conference and advised Magistrate Judge Cisneros that the parties' settlement negotiations are ongoing and the parties continue to be in communication with the California Department of Toxic Substances Control (DTSC) in furtherance of these settlement efforts.  As a result of that status conference call, Magistrate Judge Cisneros issued a minute order on March 28, 2024 (Doc. 356) to reconvene the status conference call on April 4, 2024 at 1:00 p.m. and requested that the parties invite DTSC to participate in the April 4 call.  On April 4, 2024, the parties attended the reconvened status conference.  DTSC did not participate in the April 4 call but is in contact with the parties in furtherance of discussions related to settlement efforts.  Additional meetings and communications with DTSC remain necessary to the ongoing settlement efforts.  Magistrate Judge Cisneros has therefore set a further telephonic conference for May 2, 2024, at 4:00 p.m. (Doc. 357).

WHEREAS, in recognition of the May 2, 2024 status conference with Magistrate Judge Cisneros and the ongoing communications with DTSC regarding issues critical to the settlement efforts, the parties agree and request that the Case Management Conference, currently scheduled on April 17, 2024, be continued to a date after June 6, 2024, subject to the Court's availability.  The parties further agree and request that the current deadline to file a joint Case Management Conference Statement be continued to a date consistent with the new Case Management Conference.

NOW, THEREFORE, the parties hereby stipulate and jointly request that:

1. The Case Management Conference currently scheduled on April 17, 2024 shall be continued to a date convenient for the Court after June 6, 2024; and

///

///

///

2. The date for submission and filing of a joint Case Management Conference Statement be continued to an appropriate date prior to the date of the continued Case Management Conference.

DATED: April 5, 2024    SOMACH SIMMONS & DUNN
                        A Professional Corporation

                        By:  /s/ *Theresa C. Barfield*
                             THERESA C. BARFIELD
                             Attorneys for MOYER PRODUCTS, INC.

DATED: April 5, 2024    NIXON PEABODY LLP

                        By:  /s/ *Theresa C. Barfield* (for Gregory O'Hara)
                             GREGORY P. O'HARA
                             Attorneys for MAXIM I PROPERTIES

DATED: April 5, 2024    BERKES CRANE SANTANA & SPANGLER LLP

                        By:  /s/ *Theresa C. Barfield* (for Laurie Julien)
                             LAURIE S. JULIEN
                             Attorneys for CENTRAL COATING COMPANY, INC.

DATED: April 9, 2024    BURNHAM BROWN

                        By:  /s/ *Theresa C. Barfield* (for Charles Alfonzo)
                             CHARLES ALFONZO
                             Attorneys for A.M. BUD KROHN and
                             NATIONAL AUTO RECOVERY BUREAU, INC.

DATED: April 5, 2024    SILICON VALLEY LAW GROUP

                        By:  /s/ *Theresa C. Barfield* (for Kathryn Barrett)
                             KATHRYN E. BARRETT
                             Attorneys for TELEWAVE, INC. and
                             THERMIONICS LABORATORY, INC.

DATED: April 9, 2024    SPENCER FANE LLP

                        By:  /s/ *Theresa C. Barfield* (for Servando Sandoval)
                             SERVANDO SANDOVAL
                             Attorneys for SPRAYTRONICS, INC.

| | | |
|---|---|---|
| 1 | DATED: April 5, 2024 | LEWIS BRISBOIS BISGAARD & SMITH |
| 2 | | By:  /s/ *Theresa C. Barfield* (for Robert Farrell) |
| 3 | | GLENN FRIEDMAN |
| | | ROBERT FARRELL |
| 4 | | Attorneys for THE SHERWIN-WILLIAMS COMPANY |
| 5 | DATED: April 5, 2024 | BAY LAW GROUP LLP |
| 6 | | |
| 7 | | By:  /s/ *Theresa C. Barfield* (for Joshua Bloom) |
| | | JOSHUA A. BLOOM |
| 8 | | Attorneys for RENESAS ELECTRONIC AMERICA, INC. |

**GENERAL ORDER 45 CERTIFICATION**

I, Theresa C. Barfield, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto, with the person approving the stipulation and consenting to the signing thereof noted on each signature line.

DATED:  April 5, 2024

SOMACH SIMMONS & DUNN
A Professional Corporation

By:   /s/ *Theresa C. Barfield*
      Theresa C. Barfield
      Attorneys for MOYER PRODUCTS, INC.

1 **ORDER AS MODIFIED**

2 PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFORE, IT IS

3 HEREBY ORDERED THAT:

4     1.    The Further Case Management Conference scheduled for April 17, 2024, at

5 1:30 p.m. is hereby continued to  July 17, 2024, at  1:30  p.m. in Oakland, by videoconference

6 only, before Chief Magistrate Judge Donna M. Ryu.  All counsel and parties may access the

7 webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

8     2.    Parties shall file an updated Joint Case Management Conference Statement by

9  July 10 , 2024.

11     IT IS SO ORDERED AS MODIFIED.

13 DATED:  April 10, 2024

    *IT IS SO ORDERED AS MODIFIED*
    */s/ Donna M. Ryu*
    Chief Magistrate Judge Donna Ryu

**CERTIFICATE OF SERVICE**
*Maxim I Properties v. Krohn, et al.*
United States District Court – Northern District of California
Case No. 4:12-cv-00449-DMR

I am a citizen of the United States and am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 500 Capitol Mall, Suite 1000, Sacramento, California 95814. I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

<u>  XX  </u>  [Electronic Transmission] I hereby certify that on the date identified below, I electronically transmitted the foregoing **JOINT STIPULATION AND REQUEST FOR ADDITIONAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** to the Clerk of the Court using the CM/ECF System for filing, which will generate and transmit a notice of electronic filing to the CM/ECF registrants identified on the attached Service List:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 9, 2024, at Sacramento, California.

                                                         /s/ *Jennifer Estabrook*
                                                         Jennifer Estabrook

**SERVICE LIST**

| COUNSEL | PARTIES |
|---|---|
| **Charles Anthony Alfonzo**<br>**Eric R. Haas**<br>Burnham Brown<br>1901 Harrison Street, 11th Floor<br>P.O. Box 119<br>Oakland, CA 94612<br>Telephone: (510) 444-6800<br>Email: calfonzo@burnhambrown.com<br>ewong@burnhambrown.com<br>ehaas@burnhambrown.com<br>dwatson@burnhambrown.com<br><br>**Kimberly Chew**<br>Dentons US LLP<br>One Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 267-4000<br>Email: kimberly.chew@dentons.com<br>agranger@burnhambrown.com<br>ahokafonu@burnhambrown.com | *Attorneys for Cross-Defendants*<br>A.M. BUD KROHN and NATIONAL AUTO RECOVERY BUREAU, INC. |
| **Kathryn E. Barrett**<br>**Jeffrey Scott Lawson**<br>Silicon Valley Law Group<br>One North Market Street, Suite 200<br>San Jose, CA 95113<br>Telephone: (408) 573-5700<br>Email  keb@svlg.com<br>jsl@svlg.com<br>amt@svlg.com<br>caf@svlg.com<br>edn@svlg.com | *Attorneys for Cross-Defendants*<br>TELEWAVE, INC. and THERMIONICS LABORATORY, INC. |
| **Joshua A. Bloom**<br>Bay Law Group LLP<br>P.O. Box 8554<br>Berkeley, CA 94707<br>Telephone: (510) 495-0418<br>Email: jbloom@baylawgroupllp.com<br>csauceda@meyersnave.com<br><br>**Beth Koh**<br>Bay Law Group LLP<br>2001 Addison Street, Suite 300<br>Berkeley, CA 94704<br>Telephone: (510) 496-4416<br>Email: bkoh@baylawgroupllp.com | *Attorneys for Cross-Defendant/Counter-Claimant*<br>RENESAS ELECTRONIC AMERICA, INC. |

| COUNSEL | PARTIES |
|---|---|
| **Gregory Paul O'Hara**<br>**Lauren Marian Michals**<br>Nixon Peabody LLP<br>One Embarcadero Center<br>Suite 3200/32nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8261<br>Email:  gohara@nixonpeabody.com<br>           lmichals@nixonpeabody.com<br>           jcaruso@nixonpeabody.com<br>           verduga@nixonpeabody.com<br>           sf.managing.clerk@nixonpeabody.com<br><br>**George Washington Dowell, IV**<br>Willoughby Stuart & Bening Inc.<br>50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113<br>Telephone: (408) 289-1972<br>Email:  gwd@wsblaw.net<br>           dal@wsblaw.net<br><br>**Alexander Friedland Stuart**<br>Murphy Austin Adams Schoenfeld<br>1901 S. Bascom Avenue, Suite 1440<br>Campbell, CA 95008<br>Telephone: (408) 289-1972<br>Email:  astuart@murphyaustin.com<br>           jwilhelm@murphyaustin.com<br>           marsha@wsbclawyers.com<br>           mnovack@murphyaustin.com | *Attorneys for Plaintiff/Counter-Defendant*<br>MAXIM I PROPERTIES |
| **Robert William Kenneth Farrell**<br>**Glenn A. Friedman**<br>Lewis Brisbois Bisgaard & Smith LLP<br>45 Fremont Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 362-2580<br>Email:  Robert.Farrell@lewisbrisbois.com<br>           glenn.friedman@lewisbrisbois.com<br>           ollye.robinson@lewisbrisbois.com<br>           terri.groshong@lewisbrisbois.com | *Attorneys for Cross-Defendant*<br>THE SHERWIN-WILLIAMS COMPANY |

| COUNSEL | PARTIES |
|---|---|
| **Laurie Susan Julien**<br>**Viiu Spangler Khare**<br>Berkes Crane Santana & Spangler LLP<br>515 S. Figueroa Street, Suite 1500<br>Los Angeles, CA 90071<br>Telephone: (213) 955-1150<br>Email:  ljulien@bcsslaw.com<br>           vspangler@bcsslaw.com<br>           bbranconier@bcsslaw.com<br>           mjonesgill@bcsslaw.com<br><br>**Leith Bryant Hansen**<br>Jacobson, Hansen, Najarian & McQuillan<br>1690 West Shaw Avenue, Suite 201<br>Fresno, CA 93711<br>Telephone: (559) 448-0400<br>Email: lbh@jhnmlaw.com<br><br>**Probal Gerard Young**<br>Archer Norris<br>Attorneys at Law<br>2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596<br>Telephone: (925) 930-6600<br>Email: Pyoung@archernorris.com | *Attorneys for Cross-Defendant*<br>CENTRAL COATING COMPANY, INC. |
| **Servando Sandoval**<br>Spencer Fane LLP<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113<br>Telephone: (408) 286-5100<br>Email:  ssandoval@spencerfane.com<br>           echavarria@spencerfane.com<br>           ejstephenson@spencerfane.com | *Attorneys for Cross-Defendants*<br>SPRAYTRONICS |