UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM L PROPERTIES,<br><br>  Plaintiff,<br><br>  v.<br><br>MOYER PRODUCTS, INC,<br><br>  Defendant. | Case No. 12-cv-00449-DMR<br><br>**ORDER TO SHOW CAUSE** |

A case management conference was scheduled for August 21, 2024 in the above-entitled case. No appearance was made on behalf of cross-defendants Central Coating Company Inc. (CCC) and A.M. Bud Krohn & Nat'l Auto Recovery Bureau, Inc. (AMBK). Therefore, IT IS HEREBY ORDERED that by August 29, 2024, CCC and AMBK shall each show cause why they should not be sanctioned for failing to appear at the August 21, 2024 case management conference.

**IT IS SO ORDERED.**

Dated: August 22, 2024



Donna M. Ryu
Chief Magistrate Judge